

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB/IC
F. #2023R00176

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Dawood Kassim
           Criminal Case No. 24-67 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter in response to the Court's February 28, 2025 order that the government respond to the defendant's bond modification request filed in the above-captioned matter on February 28, 2025 (ECF No. 48). The defendant requests a modification to his bond condition that the curfew that requires the defendant to remain in his home between 10:00 p.m. and 6:00 a.m. be altered to 2:00 a.m. and 6:00 a.m. to allow for the defendant's observation of Ramadan at his mosque, located at 682 Wyona Street in Brooklyn. The defendant requests that this modification be in place until April 1, 2025, which is the end of Ramadan and Eid ul-Fitr. Pretrial Services does not object to the modification.

      The government was first contacted about the defendant's proposed bond modification in the afternoon of February 28, 2025, only several hours before the defendant filed the modification request with the Court and was unable to diligence and respond to the request before the defendant's filing. Despite the request that would significantly curtail the hours of the

curfew, given the details of the religious observance provided by the defendant and that the modification is limited to the month of March, the government does not object to the modification.

                                                          Respectfully submitted,

                                                          JOHN J. DURHAM
                                                          United States Attorney

                          By:     /s/_____
                                    Lauren A. Bowman
                                    Irisa Chen
                                    Assistant U.S. Attorney
                                    (718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
        Counsel of Record (by ECF and Email)
        Samantha Eden, United States Pretrial Services Officer (by Email)